12-15-00045-CR

FILED IN COURT OF APPEALS
12th Court of Appeals District

MAR 27 2015 elkm 3-21-15

TYLER TEXAS
CATHY S. LUSK, CLERK

To: Twelfth Court of Appeal

I Brandon Bright wrote a letter on or about Feburary 8 2015 Requesting an appeal and Katrina McClenny wrote and sent me a form stating There was No motions for extention and That pursuant to Tex. R. App. P. 44.3 unless on or before March 6, 2013 which was an error of the year also The form and letter was sent to the Smith county Jail house on 206 E. Elm st When I Have Been in TDCJ it was stamped eletronically feburary 24 2015 to the smith county Jail House and Returned to Sender unable to fordward Stamped 3-6-15 To Be Sent Back to Twelfth court of appeal and then sent To me at the Coffield unit in Tennessee Colony TX Stamped electronacly on Mar 10 2015 So By the time I Recieved The letter it Had alredy expired By 4 Days and then on the Mar 18, 2015 I Recieved The Judgment to dismiss my appeal By per curiam opinion Panel consisted of worthen, C.J. Hoyle, J. and Neely J. and I feel that Due to a mailing error and date error of my appeal Should Not Have Been dismissed cause it was sent to The wrong address and There Should Be an exception Due to Mailing and MS Dating error and time That was Past Due to Re Routing Mail and that my appeal Should proceed and be granted Because it is Not My Mishap mistake and a extention Should Be made   Brandon Bright